**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7741**

_____

OCTAVIUS S. CLINE,

                    Petitioner – Appellant,

        v.

WARDEN OF FCI-WILLIAMSBURG,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.   R. Bryan Harwell, District Judge.  (6:10-cv-02273-RBH)

_____

Submitted:  May 19, 2011              Decided:  May 23, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Octavius S. Cline, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Octavius S. Cline, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cline v. Warden of FCI-Williamsburg, No. 6:10-cv-02273-RBH (D.S.C. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2